File No.: 12581

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Ahna L. Johnston, | : | Case No. 20-20254 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

 I, Daniel R. White, Attorney for Debtor, certify that on March 9, 2020, I served a copy of the Court's March _, 2020, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at FedEx Ground Package System, Inc., Attn: Payroll Manager, 30 FedEx Parkway–2nd Floor Horizontal, Collierville, TN  38017.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: March 9, 2020

    ZEBLEY MEHALOV & WHITE, P.C.

    BY

    /s/ Daniel R. White
     Daniel R. White
     PA I.D. No. 78718
     P.O. Box 2123
     Uniontown, PA 15401
     724-439-9200
     Email: dwhite@Zeblaw.com
     Attorneys for Debtor