FILED
8/11/20 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** AHNA L. JOHNSTON
- **Case Number:** 20-20254-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 06, 2020 10:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2 - Final Confirmation of Plan Dated 1/23/2020 (NFC)
R / M #: 2 / 0

### Appearances:   White

- **Debtor:**
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:**

### Proceedings:   Jim Wambrodt : PNC

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ✓ Plan/Motion continued to  10-22-20  at  10:00 .
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ✓ Other:

continue for status of loan mod (outside portal)