# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: AHNA L. JOHNSTON
- Case Number: 20-20254-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 22, 2020  10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
10/27/20 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#2 - Continued Confirmation of Plan Dated 1/23/2020 (NFC)
R / M #:  2 / 0

**Appearances:**

- Debtor: White
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor: Miksich: PNC

**Proceedings:**

Nicholas: PNC

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to __ ___, effective ___.
7. ✓ Plan/Motion continued to 12-17-20 at 10:30 ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

continue for progress/update on out of portal loan mod w/ pnc.