FILED
12/21/20 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** AHNA L. JOHNSTON
- **Case Number:** 20-20254-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 17, 2020 10:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2 - Continued Confirmation of Plan Dated 1/23/2020 (NFC)
R / M #: 2 / 0

### Appearances:

- **Debtor:** White
- **Trustee:** Winnecour / Pail / Katz / DeSimone   Warmbrodt
- **Creditor:** Maria Miksich - PNC BK

### Proceedings:

**Outcome:**

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 4/8/21 at 10:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

12/8/2020  11:14:39AM