# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ahna L. Johnston, fka Ahna L. Bader | CASE NO: 20-20254 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 44 & 46<br>Hearing Date: April 8, 2021<br>Hearing Time: 10:00 a.m. |

On 1/21/2021, I did cause a copy of the following documents, described below,

Debtor's Amended Chapter 13 Plan Dated January 12, 2021, and the Court's January 20, 2021, Order upon Ronda J. Winnecour, Chapter 13 Trustee, and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 44 & 46

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/21/2021

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ahna L. Johnston, fka Ahna L. Bader | CASE NO: 20-20254 GLT |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 44 & 46<br>Hearing Date: April 8, 2021<br>Hearing Time: 10:00 a.m. |

On 1/21/2021, a copy of the following documents, described below,

Debtor's Amended Chapter 13 Plan Dated January 12, 2021, and the Court's January 20, 2021, Order upon Ronda J. Winnecour, Chapter 13 Trustee, and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 44 & 46

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/21/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 20-20254-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>THU JAN 21 11-22-56 EST 2021 | ACCEPTANCE NOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DRIVE<br>PLANO TX 75024-5837 | ALLY FINANCIAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| CITI CARD<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 | COMMERCIAL ACCEPTANCE<br>2 WEST MAIN STREET<br>SHIREMANSTOWN PA 17011-6326 | HIGHLAND PEDIATRICS<br>2618 MEMORIAL BOULEVARD SUITE C<br>CONNELLSVILLE PA 15425-1419 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | DEBTOR<br>AHNA L JOHNSTON<br>410 MARKET STREET<br>BELLE VERNON PA 15012-1245 | KML LAW GROUP PC<br>SUITE 5000 THE BNY INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1541 |
| MIDLAND CREDIT MANAGEMENT<br>350 CAMINO DRIVE DE LA REINA SUITE 100<br>SAN DIEGO CA 92108-3007 | BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | CM/ECF E-SERVICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | CM/ECF E-SERVICE<br>PNC BANK<br>SUCCESSOR TO NATIONAL CITY BANK<br>3217 SOUTH DECKER LAKE DRIVE<br>SALT LAKE CITY UT 84119-3284 | PNC BANK NATIONAL ASSOCIATION<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| CM/ECF E-SERVICE<br>PEOPLES NATURAL GAS<br>PO BOX 535323<br>PITTSBURGH PA 15253-5323 | CM/ECF E-SERVICE<br>PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SYNCHRONY BANK<br>CO OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 |
| S JAMES WALLACE<br>GRB LAW<br>FRICK BUILDING 437 GRANT STREET<br>14TH FLOOR<br>PITTSBURGH PA 15219 | WALMART SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | WEST PENN POWER<br>5001 NASA BOULEVARD<br>FAIRMONT WV 26554-8248 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
DANIEL R WHITE
ZEBLEY MEHALOV  WHITE PC
18 MILL STREET SQUARE
PO BOX 2123
UNIONTOWN PA 15401-1723

EXCLUDE
RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702

THE FOLLOWING PARTIES WERE SERVED VIA THE "CM/ECF" CLERK'S THROUGH THE UNITED STATES BANKRUPTCY COURT NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(Creditor)
Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233
represented by:
S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

ecfpeoples@grblaw.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
PNC BANK, NATIONAL ASSOCIATION
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

(Debtor)
Ahna L. Johnston
410 Market Street
Belle Vernon, PA 15012
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com