**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AHNA L. JOHNSTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20254 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/23/2020 and confirmed on 03/02/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,664.89 |
| Less Refunds to Debtor | 960.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,704.89 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,130.50 | |
|   Trustee Fee | 1,349.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,479.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 16,910.13 | 0.00 | 16,910.13 |
|     Acct: 7762 | | | | |
|   PNC BANK NA | 30,319.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 7762 | | | | |
|   ALLY FINANCIAL(*) | 990.79 | 990.79 | 342.74 | 1,333.53 |
|     Acct: 5564 | | | | |
| | | | | 18,243.66 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AHNA L. JOHNSTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AHNA L. JOHNSTON | 320.00 | 320.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AHNA L. JOHNSTON | 640.00 | 640.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,130.50 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-20254 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2104 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 3,981.27 | 0.00 | 3,981.27 |
| Acct: 1428 | | | | |
| | | | | 3,981.27 |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2415 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7731 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1822 | | | | |
| HIGHLAND PEDIATRIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ZXML | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3052 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6534 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,133.62 | 0.00 | 0.00 | 0.00 |
| Acct: 2771 | | | | |
| WEST PENN POWER* | 2,910.30 | 0.00 | 0.00 | 0.00 |
| Acct: 1705 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 888.87 | 0.00 | 0.00 | 0.00 |
| Acct: 7431 | | | | |
| ALLY FINANCIAL(*) | 3,876.99 | 0.00 | 0.00 | 0.00 |
| Acct: 5564 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 745.94 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 555.91 | 0.00 | 0.00 | 0.00 |
| Acct: 6390 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2771 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SKY KOMALAHIRANYA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | 22,224.93 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 31,310.54 |
| UNSECURED | 10.111.63 |

Date: 05/04/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com